# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:08-cv-03324-TCB
## Bufford v. TGM Ashley Lakes, Inc.
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 11/12/2009.

| | |
|---|---|
| TIME COURT COMMENCED: 10:35 A.M.<br>TIME COURT CONCLUDED: 12:05 P.M.<br>TIME IN COURT: 1:30 | COURT REPORTER: Elise Smith-Evans<br>DEPUTY CLERK: Julee Smilley |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jennifer Adair representing TGM Ashley Lakes, Inc.<br>Scott Cohen representing Barbara Bufford<br>George Duncan representing TGM Ashley Lakes, Inc.<br>Thomas Sinowski representing Barbara Bufford |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | [104]Motion to Exclude TAKEN UNDER ADVISEMENT<br>[110]Motion in Limine DENIED<br>[111]Motion in Limine GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | Counsel are directed to send e-mail briefs to the Court on or before 10:00 a.m. 11/13/09 regarding Defendant's objections to Dr. Taylor's deposition testimony. Counsel are also ordered to submit an edited pretrial order appropriate for the Court's signature today. The Court reviews proposed voir dire and trial practices with counsel. |